IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| CARMIN COLÓN-RIVERA,<br><br>    Plaintiff,<br><br>    v.<br><br>PREFERRED HOME SERVICES, INC.,<br><br>    Defendants. | CIVIL NO. 21-1448 (CVR) |

## JUDGMENT

Pursuant to the Plaintiff's "Joint Notice for Voluntary Dismissal" (Docket No. 30) and the Court's Order of this same date (Docket No. 31), the Court hereby ENTERS JUDGMENT, and DISMISSES WITH PREJUDICE all claims brought by Plaintiff against Defendant in the present case, without the imposition of costs or attorneys' fees.

IT IS SO ORDERED AND ADJUDGED.

In San Juan, Puerto Rico, on this 29th day of July, 2022.

S/CAMILLE L. VELEZ-RIVE
CAMILLE L. VELEZ RIVE
UNITED STATES MAGISTRATE JUDGE